IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Disability Rights Maryland, Inc.    \*

    **Plaintiff,**

                             \*

v.                                   Case No. _____

                             \*

Scott

    **Defendant.**                         \*

**MOTION FOR ADMISSION PRO HAC VICE**

I, Luciene Parsley, am a member in good standing of the bar of this Court. I am moving the admission of Kathleen Cooperstein to appear pro hac vice in this case as counsel for Disability Rights Maryland.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Virginia State Bar, 4/16/2013 | U.S. D.Ct. EDVA, 12/10/2024 |
| DC Bar, 9/12/2014 | U.S. D.Ct. DC, 2/4/2023 |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court ___0___ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

*Luciene Parsley*
Signature

Luciene Parsley, Fed. Bar No. 27089
Printed name and bar number

Disability Rights Maryland
Office name

1500 Union Ave., Suite 2000, Baltimore, MD 21211
Address

443-692-2494
Telephone number

410-727-6389
Fax Number

LucieneP@DisabilityRightsMD.org
Email Address

PROPOSED ADMITTEE

/S/ (Signed by Luciene Parsley with permission of Kathleen Cooperstein)
Signature

Kathleen Cooperstein
Printed name

Wiley Rein LLP
Office name

2050 M St. NW, Washington, DC 20036
Address

(202) 719-4043
Telephone number

(202) 719-7049
Fax Number

kcooperstein@wiley.law
Email Address