**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

|  |  |
|---|---|
| DISABILITY RIGHTS MARYLAND, INC., | ) |
| *Plaintiff,* | ) |
|  | ) Case No. 1:25-cv-00070-JRR |
| v. | ) |
| DR. MEENA SESHAMANI, *et al.*, | ) |
| *Defendants.* | ) |

# JOINT STATUS REPORT

The parties to the above-named action hereby submit this Joint Status Report, pursuant to the Court's Paperless Order dated January 5, 2026. Since the parties' last Joint Status Report (ECF 37, filed January 3, 2026), the parties have worked collaboratively to schedule an in-person settlement conference. That conference is set for March 25, 2026, before the Honorable Douglas R. Miller, United States Magistrate Judge. *See* ECF 40 (Jan. 9, 2026). On February 3, 2026, Plaintiff served Defendants with discovery requests, constituting Requests for Production as well as Requests for Interrogatory Response. Defendants are presently assessing those requests to determine what impact, if any, the scope and volume of those requests may have on the discovery schedule in the Scheduling Order (ECF 36).

In light of the preceding, the parties propose the submission of another Joint Status Report on March 11, 2026, at which time Defendants anticipate they will be prepared to articulate a position as to schedule. The parties will advise the Court as to whether a Rule 16 Conference is needed at that time.

Dated: February 4, 2026                                   Respectfully Submitted,

| | |
|---|---|
|    /s/ |    /s/ |
| Luciene Parsley | Musa Eubanks |
| Federal Bar No. 27089 | Federal Bar No. 15130 |
| Disability Rights Maryland | (signed by Luciene Parsley with permission |
| 1500 Union Ave., Suite 2000 |   of Musa Eubanks) |
| Baltimore, MD 21211 | Nicole Lugo Clark |
| LucieneP@DisabilityRightsMD.org | Federal Bar No. 26983 |
| (443) 692-2494 | Assistant Attorney General |
| Fax: (410) 727-6389 | Maryland Department of Health |
| | 300 W. Preston Street Suite 302 |
|    /s/ | Baltimore, Maryland 21201 |
| Theodore A. Howard | (410) 767-1866 (direct) |
| (*pro hac vice* admission) | (410) 333-7894 (fax) |
| (signed by Luciene Parsley with permission | Musa.eubanks@maryland.gov |
| of Theodore A. Howard | |
| Kathleen Cooperstein | *Attorneys for Defendants* |
| Federal Bar No. 31532 | |
| Wiley Rein LLP | |
| 2050 M Street, NW | |
| Washington, DC 20036 | |
| Telephone: (202) 719-7000 | |

   /s/
Ryan Downer
(*pro hac vice* admission)
(signed by Luciene Parsley with permission of Ryan Downer)
Chelsea Sullivan
(*pro hac vice* admission)
Washington Lawyers' Committee for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, D.C. 20005
202-319-1000
202-319-1010 (fax)

*Attorneys for Plaintiff*