**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

|  |  |  |
|---|---|---|
| DISABILITY RIGHTS MARYLAND, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No.  1:25-cv-00070-JRR |
| v. | ) | |
| | ) | |
| DR. MEENA SESHAMANI, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## <u>JOINT STATUS REPORT</u>

Pursuant to this Court's Order of January 5, 2026 (ECF No. 38) and further to the parties' Joint Notice of February 17, 2026 (ECF No. 44), the parties to the above-named action hereby submit this Joint Status Report to provide an update to the Court regarding discovery and scheduling in this matter. The parties continue to meet and confer routinely and productively regarding Plaintiff's outstanding discovery requests (served February 3, 2026), as well as other discovery matters. The parties are in agreement that they require the discovery deadlines in the Court's Scheduling Order (ECF No. 36) to be revised, and accordingly jointly propose the following modified discovery schedule:

- April 10, 2026: Defendants shall make a substantial and substantive initial response to Plaintiffs' February 3, 2026 Requests, identifying which Requests are satisfied (in full or in part) by this response. Discovery responses shall thereafter be provided on a rolling basis for the remainder of the discovery period.

- May 29, 2026: Defendants shall complete all non-electronic discovery (*i.e.*, all discovery derived from sources other than custodial electronic data), to include the

production of privilege logs pertaining to any documents or information withheld from non-electronic sources.[1]

- September 30, 2026: Defendants shall complete electronic discovery, to include the production of privilege logs pertaining to any documents or information withheld from electronic sources.

- September 30, 2026: Parties shall exchange the identities of any experts upon whom they intend to rely in this litigation.

- October 30, 2026: Parties shall exchange initial expert reports.

- November 16, 2026: Parties shall exchange rebuttal expert reports.

- December 16, 2026: Discovery period ends; parties will submit a joint status report for further schedule.

Dated:  March 11, 2026

Respectfully Submitted,

_____/s/_____
Luciene Parsley
Federal Bar No. 27089
(signed by Kathleen Cooperstein with
permission of Luciene Parsley)
Disability Rights Maryland
1500 Union Ave., Suite 2000
Baltimore, MD  21211
LucieneP@DisabilityRightsMD.org
(443) 692-2494
Fax: (410) 727-6389


_____/s/_____
Theodore A. Howard
(*pro hac vice* admission)
Kathleen Cooperstein
Federal Bar No. 31532
Wiley Rein LLP

_____/s/_____
Musa Eubanks
Federal Bar No. 15130
 (signed by Kathleen Cooperstein with
permission of Musa Eubanks)
Nicole Lugo Clark
Federal Bar No. 26983
Assistant Attorney General
Maryland Department of Health
300 W. Preston Street Suite 302
Baltimore, Maryland 21201
 (410) 767-1866 (direct)
 (410) 333-7894 (fax)
Musa.eubanks@maryland.gov

*Attorneys for Defendants*

---

[1] Defendants will retain the right and obligation to supplement this discovery if additional responsive materials or information are located throughout the remaining discovery period, regardless of the source of those materials or information.

2050 M Street, NW
Washington, DC 20036
Telephone: (202) 719-7000


      /s/
Ryan Downer
(*pro hac vice* admission)
(signed by Kathleen Cooperstein with
permission of Ryan Downer)
Chelsea Sullivan
(*pro hac vice* admission)
Washington Lawyers' Committee for Civil
Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, D.C.  20005
202-319-1000
202-319-1010 (fax)

*Attorneys for Plaintiff*